**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-7452**

---

BOBBY L. COMPTON, SR.,

                              Plaintiff - Appellant,

    versus

NEW RIVER VALLEY REGIONAL JAIL; NEW RIVER
VALLEY REGIONAL JAIL, Medical Department;
DONNIE SIMPKINS, Superintendent; JOYCE
GIAMPRESSRO, Head Nurse; FREDERICK MOSES,
Doctor; J. B. JACKSON, Major,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge.  (7:06-cv-00241-sgw-mf)

---

Submitted: January 25, 2007          Decided:  January 30, 2007

---

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Bobby L. Compton, Appellant Pro Se.  Jim Harold Guynn, Jr., GUYNN,
MEMMER & DILLON, PC, Roanoke, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby L. Compton, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Compton v. New River Valley Regional Jail, No. 7:06-cv-002431-sgw-mf (W.D. Va. Aug. 10, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -